## IN THE UNITED STATES DISTRICT COURT
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEFENSE SOLUTIONS, INC.** : <br> **254 EAGELEVIEW BOULEVARD** : <br> **SUITE 311** : <br> **EXTON, PA 19343** : <br>            : <br>      **Plaintiffs** : <br>            : <br>      **v.** : <br>            : <br> **ALLIANCE ENERGY FUND** : <br> **1325 AVENUE OF THE AMERICAS** : <br> **28th Floor** : <br> **NEW YORK, NY  10019** : <br>            : <br>      And : <br>            : <br> **STEVEN CANADY** : <br> **1325 AVENUE OF THE AMERICAS** : <br> **28th Floor** : <br> **NEW YORK, NY 10019** : <br>            : <br>      And : <br>            : <br> **ANIL PATEL** : <br> **1140 AVENUE OF THE AMERICA** : <br> **9TH Floor** : <br> **NEW YORK, NY 10036** : <br>            : <br>      And : <br>            : <br> **WAYNE LITTLE** : <br> **1140 AVENUE OF THE AMERICA** : <br> **9TH Floor** : <br> **NEW YORK, NY 10036** : <br>            : | **CIVIL ACTION #.2:12-cv-01412WD** |

| | |
|---|---|
| And | : |
| | : |
| **LEONARD MOORE** | : |
| **EQUIDEEN FINANCIAL SERVICES, INC.** | : |
| **5090 RICHMOND AVE., #479** | : |
| **HOUSTON, TX 77056** | : |
| | : |
| **Defendant** | : |

_____

### AFFIDAVIT IN COMPLAINCE WITH SOLDIERS AND SAILORS CIVIL RELIEF ACT OF 1940, AS AMENDED

Jeffrey D. Servin, Esquire, being first duly sworn, deposes and says that he is (agent for) the plaintiff, in the above entitled case, and makes this affidavit pursuant to the provisions of Section 200 of the Soldiers and Sailors Civil Relief Act of 1940; that he has caused a careful investigation to be made to ascertain whether or not the above named defendant is in military service of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard, the Air Force or an officer of the Public Health Service detailed by proper authority for duty either with the Army or the Navy; and that as a result of said investigation affiant does hereby state that the defendant has not received notice of induction or notice to report for military service, and that affiant is duly authorized to make this affidavit on behalf of Plaintiff.

/s/ Jeffrey D. Servin, Esquire  
Jeffrey D. Servin, Esquire  
Attorney for Plaintiff

Date:  October 12, 2012