IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEFENSE SOLUTIONS, INC. | : | CIVIL ACTION |
| v. | : | |
| ALLIANCE ENERGY FUND, et al. | : | NO. 12-CV-1412 |

ORDER

AND NOW, this   13th   day of November, 2012, IT IS HEREBY ORDERED that:

1. The default entered by the Clerk of Court on October 12, 2012 is VACATED. Despite numerous opportunities to correct a variety of filing errors, and repeated extensions of time to file the appropriate pleadings, Plaintiff has repeatedly failed to comply with the Federal Rules of Civil Procedure applicable to the entry of a default judgment, including proof of service on the defendant.

2. The complaint is DISMISSED without prejudice as to the one remaining defendant, Leonard Moore.

3. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.